## HAINES and CHATTERTON *vs.* BACKUS.

A *certiorari* will not lie to remove proceedings on a complaint for a forcible entry and detainer until after *inquisition* found.

MOTION to quash *certiorari*. A complaint in writing, duly verified, was made to a judge of the Herkimer county courts, for a forcible entry and detainer. The judge issued a precept to summon a jury to enquire as to the complaint made, and notice of the proceeding was given to the parties complained of. The jury were summoned and attended, and previous to their being called, a *certiorari* removing the proceedings into this court was served upon the judge, who suspended further proceedings and made return to this court. A motion to quash the *certiorari* was now made.

NEW-YORK,
May, 1830.

Field
v.
Goodman.

*A. Loomis,* for the motion.

*D. Burwell,* contra.

*By the Court,* SAVAGE, Ch. J. The *certiorari* was clearly premature. Until inquisition found, there was nothing to remove. An inquisition cannot be found in this court; it can be obtained only in the method prescribed by statute, which manifestly contemplates the finding of the inquisition previous to the removal of the proceedings into this court. (2 R. S. 510, 11, § 20, 21, 22.)